# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KARIE JOE WALKER                                                          PLAINTIFF

v.                               No. 3:17-cv-67-DPM

MIKE WESS, Officer, Greene County
Sheriff's Department; PETE HIGGDEN,
Officer, Greene County Sheriff's Department;
and DOES, other officers not named                                       DEFENDANTS

## ORDER

Walkers's mail is being returned undeliverable. № 4. If Walker doesn't update his address with the Court by 15 July 2017, then his complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

   15 June 2017